CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
10/23/25
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Abingdon Division)

| | | |
|---|---|---|
| **THE TRUSTEES OF PROVIDENCE PRESBYTERIAN CHURCH** | * | |
| | * | |
| **Plaintiff,** | * | Civil Action No.: 1:25cv66 |
| | * | |
| **v.** | * | |
| | * | |
| **LIBERTY MUTUAL INSURANCE COMPANY** | * | |
| | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

COMES NOW Liberty Mutual Insurance Company ("Liberty Mutual"), through counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446 and Fed. R. Civ. P. 81(c), files this Notice of Removal from the Circuit Court for Washington County, Virginia, to the United States District Court for the Western District of Virginia, and in support thereof states as follows:

1. On October 1, 2025, Plaintiff initiated the present action against Liberty Mutual alleging breach of contract in the Circuit Court for Washington County, Virginia, Case No. CL25001669-00.

2. Liberty Mutual received the summons and complaint on October 2, 2025. Exhibit A.

3. Pursuant to 28 U.S.C. §1446(b)(1), Liberty Mutual is filing this notice within 30 days of receipt of the Plaintiff's initial pleadings.

4. Upon information and belief, each of the Trustees of Providence Presbyterian Church, Charles Cox, Joe Orr, Bobby Cox, II, Mike Wilson, and Bradley Robinson, were and are at all relevant times individuals domiciled in Virginia.

5. At all relevant times, Liberty Mutual Insurance Company was and is a Massachusetts corporation with its principal place of business in Boston, Massachusetts.[1] Liberty Mutual is therefore a citizen of Massachusetts.

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

7. A copy of the Complaint filed in the Washington County Circuit Court and the subsequently issued Summons are attached hereto as <u>Exhibit A</u>.

8. Defendant will file and serve its responsive pleading to the Complaint as required by the Federal Rules.

9. A true and correct copy of the Notice of Filing Notice of Removal, which has been filed in the Washington County Circuit Court Action contemporaneously herewith, is attached as <u>Exhibit B</u>.

---

[1] American Fire and Casualty Company ("AFCC"), a Liberty Mutual affiliate, actually issued the insurance policy in question. At all relevant times, AFCC was and is a corporation organized under the laws of the Commonwealth of Massachusetts, with its principal place of business in Boston, Massachusetts.

Respectfully Submitted,

*/s/ Jessica E. Port.*
JESSICA E. PORT (VSB No.: 86732)
GEORGE E. REEDE, JR (VSB No.: 78968)
Zelle LLP
1775 N. Pennsylvania Ave, # 375
Washington, DC, 20006
(202) 899-4113 phone
(612) 336-9100 facsimile
jport@zellelaw.com
greede@zellelaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY that on 23rd day of October 2025, a copy of this Notice of Removal to the United States District Court for the Western District of Virginia (Abingdon Division) was electronically filed with the Clerk of the Court using the CM/ECF system and mailed via first-class mail, postage pre-paid, to the following:

> David L. Scyphers
> SCYPHERS & AUSTIN, P.C.
> 189 Valley Street, NE
> Abingdon, VA 24210
> *Counsel for Plaintiff*

*/s/ Jessica E. Port*
Jessica E. Port